| 1. Person Reporting (Last name, First name, Middle initial)  Holmes, Sven Erik | 2. Court or Organization  Northern District/Oklahoma | 3. Date of Report  05/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Chief Dist. Judge/Active | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ◉ Annual  ○ Final | 6. Reporting Period  01/01/2003  to  12/31/2003 |
| 7. Chambers or Office Address  U.S. District Court  333 West 4th Street  Tulsa, OK 74103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Constitutional Law | University of Tulsa College of Law |
| 2. | | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | 401(k) Plan - Williams & Connolly - Structured in accordance with Internal Revenue Code |
| 2. | | ERISA Profit Sharing Plan & Trust - Williams & Connolly - (former law firm - no control) |

RECEIVED MAY 20 11 54 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | University of Tulsa College of Law (Constitutional Law, Spring Semester Course) | 4,000.00 |
| 2. | 2003 | The Washington Post (journalist) | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | Southern Hills Country Club (Non-equity, non-voting membership) | Use only-per Advisory Opinion No. 47 (value represents estimated dues differential) | $1,000 |
| 2. | Various book publishers | Constitutional law texts provided by publishers on a promotional basis | $200 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, Sven Erik | 05/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Williams & Connolly - 401(k) Plan (See VIII) | A | Interest | L | T | | | | | |
| 2. | | | | | | | | | |
| 3. Williams & Connolly - ERISA Profit Sharing | A | Interest | M | T | | | | | |
| 4. The Vanguard Group - 401(k) Plan [Ftn. 1] | A | Interest | M | T | | | | | |
| 5. The Washington Post Credit Union | A | Interest | J | T | | | | | |
| 6. IRA (Morgan Stanley Dean Witter) | A | Interest | J | T | | | | | |
| 7. IRA (Morgan Stanley Dean Witter) Liquid Asset Fund | A | Interest | J | T | | | | | |
| 8. IRA (Morgan Stanley Dean Witter) Dividend Growth | A | Interest | J | T | | | | | |
| 9. The Washington Post - Common Stock | A | Dividend | J | T | | | | | |
| 10. IRA/SEPA (MFS Investment Management) [Ftn.2] | A | Interest | K | T | | | | | |
| 11. Bank of Oklahoma | C | Interest | L | T | | | | | |
| 12. Dean Witter American Value - Div.Growth | A | Interest | K | T | | | | | |
| 13. Fidelity Cash Reserves | B | Interest | K | T | | | | | |
| 14. Fidelity Magellan / Growth Income | A | Interest | K | T | | | | | |
| 15. Commonwealth One - FCU | A | Interest | J | T | | | | | |
| 16. Walt Disney Co. Common Stock | A | Dividend | J | T | | | | | |
| 17. The American Funds Group - Fundamental Investors | A | Interest | K | T | | | | | |
| 18. The American Funds Group - The Invest.Co.of America | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, Sven Erik | 05/14/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. Janus Twenty | A | Interest | K | T | | | | | |
| 20. Stein Roe Young Investors | A | Interest | K | T | | | | | |
| 21. Torray Fund | A | Interest | J | T | | | | | |
| 22. Fidelity Municipal Money Market | A | Interest | J | T | | | | | |
| 23. Munder Netnet Class C (1999) [Ftn. 3] | A | Interest | J | T | Sell | 3/30 | J | 0 | |
| 24. WWWInternet | A | Interest | J | T | Sell | 2/18 | J | 0 | |
| 25. Merrill Lynch [Ftn.4] | A | Interest | K | T | Inherit | 4/13 | K | | |
| 26. The Vanguard Group [Ftn.5] | A | Interest | J | T | Inherit | 4/13 | J | | |

[1]     The Vanguard Group Retirement Plan involves 4 mutual funds: Vanguard 500 Index Fund, Vanguard Windsor Fund, Vanguard Heathcare Fund, and Vanguard U.S. Growth. In addition, the Vanguard Group maintains funds in Vanguard Federal Money Market Fund and Vanguard Brokerage Services ("VBS") Account. (This VBS account is comprised of other mutual funds: Janus, The Torray Fund, and WWW.Internet Fund).

[2]     The MFS Investment Management IRA/SEPA involves 3 mutual funds:  MFS Emerging Growth Fund-A, MFS Utilities Fund-A, and Mass Investors Growth-A.

[3]     These assets were sold at a loss 3/30/01 and inadvertently reflected on the calendar year 2002 report.

[4]     Merrill Lynch involves three accounts: American Balanced Fund, Corporate Income Fund, and Defined Asset Fund.

[5]     The Vanguard Group maintained these funds in the Wellington Fund.

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B) and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur█████████████                              Date  5/17/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544